# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

*SELF INITIATED AMENDMENT*

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| AO-10 Rev. 1/2004 | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial) HOLDERMAN, JAMES F | 2. Court or Organization U.S. District Court/ND1 | 3. Date of Report 5/16/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge - Active | 5. ReportType (check appropriate type) ● Nomination, ☐ Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 219 South Dearborn Street Room 2146 Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)
☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Faculty (part-time) | John Marshall Law School |
| 2. | Faculty (part-time) | University of Illinois College of Law |
| 3. | President (not compensated) ███ owned farm business | Holderman Farms, Inc., JHR Farms. Inc. |
| 4. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)
☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | March | University of Illinois College of Law | $4,000.00 |
| 2. | Jan; Aug | John Marshall Law School (part-time teaching) | $12,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - (If you ere married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan-Dec | Winston & Strawn |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Illinois | July 16-18, 2004 - Intellectual Property Law Pr gram in Vancouver, British Columbia, Canada (Transportation. Meals, Room). |
| 2. | merican Bar Association Section | November 12-14, 2004 - ABA Criminal Justice Section Council Mee ing in Washington, DC (Transpo ation) |
| 3. | Federal Circuit Bar ssociation | June 25-27, 2004 - The Federal Circuit Bench Ba Practice Sixth Bench and Bar Conference, Colorado Springs, CO ( eals, Transportation) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLDERMAN, JAMES F | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-37 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Country Companies Ins. Policies | B | Interest | M | T | | | | | |
| 2.  JHR Farms, Inc. (████ farm) | D | Dividend | N | U | | | | | |
| 3.  Holderman Farms, Inc. (████ farm) | B | Dividend | M | U | | | | | |
| 4.  Edgewood Bank Savings Account | B | Interest | J | T | | | | | |
| 5.  First National Bank (LaGrange) | A | Interest | J | T | | | | | |
| 6.  Northwestern Mutual Life Insurance Policy | | None | L | T | | | | | |
| 7.  Omni Investment Group (a widely diversified mutual fund) | | None | K | T | | | | | |
| 8. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |